Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
~~SOUTHERN~~ District of ~~GEORGIA~~
SOUTHERN  GEORGIA
WAYCROSS Division

Case No. **CV519 057**

(to be filled in by the Clerk's Office)

Jay Junior Aiken
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Warden, Jeff Coleman, Dr. Thomas Farrel
et. al.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: Jay Junior Aiken GDC# 481292
    All other names by which you have been known: A+ and Mr. Aiken\ Jay D. Aiken
    ID Number: 481292
    Current Institution: Ware State Prison
    Address: 3620 Harris Road
    City: Waycross    State: Georgia    Zip Code: 31503

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

    Defendant No. 1
    Name: Mr. Jeff Coleman, Warden W.S.P. official
    Job or Title (if known): Ware State Prison Warden
    Shield Number: WARDEN - G.D.C.
    Employer: Ware State Prison
    Address: 3620 Harris Road
    City: Waycross    State: Georgia    Zip Code: 31503
    [X] Individual capacity    [X] Official capacity

    Defendant No. 2
    Name: Dr. Thomas Farrell
    Job or Title (if known): Ware State Prison Doctor over Medical
    Shield Number: No Number, MEDICAL DOCTOR 88 years old.
    Employer: Augusta University Medical Dept. G.D.C.
    Address: 3620 Harris Road
    City: Waycross    State: Georgia    Zip Code: 31503
    [X] Individual capacity    [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Officer Walters CO2
Job or Title (if known): CO2 Officer / Building Officer
Shield Number: GDC Ware State Prison
Employer: G.D.C., Ware State Prison / Georgia Dept of Correction
Address: 3620 Harris Road
Waycross, Georgia 31503
City / State / Zip Code
☒ Individual capacity    ☐ Official capacity

Defendant No. 4
Name: Officer Mackey CO2
Job or Title (if known): CO2 Officer / Building Officer
Shield Number: G.D.C. Ware State Prison
Employer: G.D.C. Ware State Prison / GDC, Georgia
Address: 3620 Harris Road
Waycross, Georgia 31503
City / State / Zip Code
☒ Individual capacity    ☐ Official capacity

Et. AL. SEE Attachment of All Defendants; NEXT PAGE WITH WITNESS ....

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

State Employees and the Medical Division Of Augusta, Medical University / Medical Division. Georgia Department Of Correction.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I'm filing a 42 U.S.C. § 1983 under 8th and 14th Amendment Violations with Cruel and Unusual Punishment (Treatment) with Medical Indifference under Federal Constitutional Violations

Page 3 of 11

## LIST OF DEFENDANTS ON COMPLAINT

Defendants:
46. Mr. Boggs, Food Service -
47. Cert team Officer, Bess - Sgt.
48. Capton Bussey - Now Unit Manager Bussey/Replaced by Capton Payne.
49. Officer Green -
50. Officer Phillips -
51. Officer York -
52. Officer Kendrick -
53. Warden, Deal, replaced by Warden Coleman.
54. CO2 Officer Burney
55. CO2 Officer Mackey

## LIST OF WITNESSES OF COMPLAINT INCIDENTS

Witnesses To Incident(s)
1. Joseph Waltman GDC# 885645
2. Fredirick L. Fulton III GDC# 844775
3. John Canner GDC# 217927
4. James O. Burden GDC# 226527
5. Jamel Collinns GDC# 1193300
6. Rodney Woods GDC# 1057433
7. Richard Warbington GDC# 290895
8. Norman Bagley GDC# 1128443
9. Ra'sjumo Brooks GDC# 992042
10. Warden, Deal - Witness Stroke on Walkway at Ware S.P.
11. Commissioner, Gibson Hall - Witness Mr. Aiken hanging on fence to walk at Ware.
12. Officer Cross . . . . . Witness me having granmal seizures in A1 Building.
13. Evay Carter GDC# 916388
14. Henry L. Walker Sr. GDC# 30973
15. Lt. Officer Bearfield, Help to hold me up after stroke and help me into the wheelchair to be taken to medical.
16. Captain Payne
17. Lt. Perry give me a cane medical would not.

SIGNATURE PRO-SE
$ Jay Junior Aiken

March 30, 2019

Jay Junior Aiken
481292 I4-14B
Ware State Prison
3620 Harris Road
Waycross, Ga 31503

July 7, 2019

RE: 42 U.S.C. 1983 COMPLAINT,

Dear Clerk Of The Court

With all due respect to you and your hard working staff. If any way possible. Please could you send back the original papers filed in you office. I had no way of making copies of this long line of affidavits, letters, and brieff in support.

Please, may you all have a wonderful blessed day and may the joy of wonderful thoughts bring you happiness

Sincerely
Jay Junior Aiken

Attachment To Defendants Page 2 and 3: "Of COMPLAINT."

## LIST OF DEFENDANTS ON COMPLAINT
(All DEFENDANTS ARE AT WARE STATE PRISON)
(Witnesses, At Time of incidents are in G.D.C. Departments)

Defendants:
1. Jeff Coleman, Warden, -
2. Doctor Mr. Thomas Farrell / MED.DR.
3. Officer Warters - C/02
4. Officer Macky - C/02
5. Officer Jenkins - C/02
6. Lisa Pearson - Staff Nurse
7. Michael, Ruis -
8. Mrs. Davis - Librarien
9. Deputy Warden, Wicker -
10. Deputy Warden, Crawford -
11. Deputy Warden, Johnson -
12. Chaplin Flynn -
13. Unit Manager Bowles, Medical -
14. Unit Manager GP - Cox -
15. Michael, Ruis -
16. Martin, Elizabeth - NP/CLIN PRACT
17. Clark, Melissa - CLIN PRACT
18. Wilson, Terry - Staff Nurse
19. Thornton, LaRonda - DON
20. Hickox, Bradley - Staff Nurse
21. Wester, Joel - Staff Nurse
22. Brady, Janice - Staff Nurse
23. Carbaugh, Robert - Staff Nurse
24. Silu, Carol - Staff Nurse
25. Clark, Daisy - LPN
26. Griffin, Diane - LPN
27. Carter, Kelly - LPN
28. Gray, Rebbecca -
29. Richardson, Debra - LPN
30. Hail, Melissa - LPN
31. Crosby, Denis - LPN
32. King, Amy - LPN
33. Drawdy, Robert - Staff Nurse C/02
34. Jackson, Andrew - Staff Nurse C/02
35. Glass, Mariann - LPN
36. Cribb, Julie - Staff Nurse C/02
37. Counselor, Cason -
38. Lt. Perry -
39. Sgt. Hightower - Sgt.
40. Sgt. Lyons - Sgt.
41. Chief Counselor Womack -
42. Counselor Fulop - First Counselor In A Building
43. Cert Team Officer Williams - Sgt
44. Cert Team Officer Jones - Sgt
45. Officer Grimer - C/02

Ware State Prison
3620 Harris Road
Waycross, Ga. 31503

SIGNATURE PRO-SE
s/ Gary Junior Aiken
DATE: March 30, 2019

page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

Jay Junior Aiken
Castaneda Alejandro
   Plaintiffs

-vs-

Jeff Coleman, Warden
Doctor Farrell, Officer
Jenkins, Officer Waters
Nurse Pearson, et. al.

SUMMONS

Civil Action No:

---

**TO THE ABOVE-NAMED DEFENDANTS WITH PAGE TWO OF LIST OF DEFENDANTS: SUMMONS REQUEST:**

You are hereby summoned and required to serve upon the plaintiff, whose address is WARE STATE PRISON, 3620 Harris Road, Waycross, Georgia. 31503 an answer to the Complaint which is hereby served upon you, exclusive of the day of the service, or 60 days if the U.S. Government or office/agent thereof is a defendant. If you fail to do so, judgment by demanded in the Complaint.

Clerk of the Court
_____
Date:_____

1.
PAGE ONE of Two A. and B.

# LIST OF DEFENDANTS ON COMPLAINT CIVIL ACTION:

All Defendants are at Ware State Prison.... And Georgia Department Of Correction.

1. Jeff Coleman, Warden ✓
2. Doctor Farrell, Thomas ✓
3. Officer Jenkins ✓
4. Officer Walters ✓
5. Officer Mackey ✓
6. Officer Griner ✓
7. Officer Phillips ✓
8. Officer Green - clothing ✓
9. Nurse, Lisa Pearson ✓
10. Michael, Ruis ✓
11. Mrs. Davis, Librarian ✓
12. Deputy Warden, Wicker ✓
13. Deputy Warden Administration Crawford ✓
14. Chaplain Flynn ✓
15. Unit Manager Bowles "Medical" ✓
16. Unit Manager Cox - GP ✓
17. Michael Ruis ✓
18. Martin, Elizabeth ✓
19. Clark, Melissa ✓
20. Wilson, Terry ✓
21. Thornton, LaRonda ✓
22. Lightsey, Charlie ✓
23. Hickox, Brad ✓
24. Wester, Joel ✓
25. Brady, Janice ✓
26. Carbaugh, Robert ✓
27. Silu, Carol ✓
28. Clark, Daisy ✓
29. Griffin, Diane ✓
30. Carter, Kelly ✓
31. Gray, Rebbecca ✓
32. Richardson, Debra ✓
33. Hail, Melissa ✓
34. Crosby, Denis ✓
35. King, Amy ✓
36. Drawdy, Robert ✓
37. Jackson, Andrew ✓
38. Glass, Mariann ✓
39. Cribb, Julie ✓
40. Captain, BUSSEY NOW UNIT MANAGER
41. Counselor, Cason ✓
42. Lt. Perry ✓
43. Sgt. Hightower ✓
44. Chief Counselor, Womack ✓
45. Counselor, Fulop ✓
46. Officer, Sargent - (Lyons)
47. Cert. Team officer Jones ✓
48. Cert. Team officer Williams ✓
49. Officer Green ✓
50. Cert. Team officer Bess ✓
51. Officer York ✓
52. Officer Kendrick ✓
53. Warden Deal ✓
54. Officer Burney CO2
55. Officer Mackey CO2

Clerk Of Court:

(A) _____
2. (B) Date: _____
PAGE TWO, B, & A.

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing document(s) upon the party(s) listed below by depositing a copy of same in the *United States Mail* in a properly addressed envelope with adequate postage thereon to insure that it reaches its destination, properly addressed upon:

United States District Court
~~District Attorney~~
Southern District Of Georgia
P.O. Box 8286
Savannah, Ga. 31412
42 USC, §1983 Complaint
BRIEF IN Support with
Attachments and Exhibits

United States Dist. Court
~~Judge of Superior Court~~
Southern Dist. Of Georgia
C/O Clerk of Courts
P.O. Box 8286   ~~County~~
Savannah, Ga. 31412.
Summons Affidavit,

This the 28th day of March 2019.

Jay Junior Aiken
481292  I4-14B
Ware State Prison
3620 Harris Road
Waycross, Ga. 31503

/s/ Jay Junior Aiken
Petitioner Pro-Se

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment, List of Complaint followed by Brief In Support and Exhibits with 82 other Exhibits to be shown at trial if Petitioner is allowed by this Honorable Court to Continue with his Civil Action.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

This Civil Action 42 U.S.C. § 1983 claim arised in and out of Ware State Prison but I was in custody of G.D.C, Ware S.P, officers during the Constitutional Violations stated in Brief In Support.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Brief In Support Attachment....

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Brief In Support Attachment....

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Brief In Support Attachment....

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Medical Department at Were State Prison refuses to allow me to review my medical file since June, 12, 2018. I have filed six sick call request forms with 8 letters which Petitioner will show this Honorable Court if allowed to proceed with this 42 USC, §1983 Complaint under Constitutional Violations. In a wheelchair because on the direction of the PA≈NPA-and Dr. Farrell.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I ask that each defendant listed pay ($50,000.00) fifty thousand Each and Augusta University Medical Group pay the amount of (1,000,000.00) One Million dollars for allowing the infliction of pain and suffering which they knew of the welfare of the Petitioner Jay Junior Aiken and also (1,000,000.00) One Million dollars for not ordering Petitioners surgery on his rotory cuff, left hand, and back which will cause more complication and medical treatment for the rest of Mr. Aiken's natural life....

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jackson County Detention Center, Sylva North Carolina, Jackson Dianostic State Prison, Douglasville County Jail, Central State Prison, Augusta State Medical Prison, Ware State Prison

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?
I have included all grievances, just filed but awaiting all the grievances completed under PLRA regulation before filing this 42 U.S.C. §1997e(e) and 42 USC §1983 Act. Complaint. Also included to this complaint is letters adressed to issues involved in this complaint.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes Grievances never answered.

☒ No Transfered to another facility.

E. If you did file a grievance:

1. Where did you file the grievance? North Carolina, Jackson County, Detention Center, Jack Dianotic Class. Prison, Douglasville County Jail, Central State Prison, Augusta State Medical Prison, Ware State Prison. At Ware State Prison grievances filed toward evidence of this Complaint was completed under PLRA, but because of continued Constitutional Violations had to again file other grievances. Appeals filed pending....

2. What did you claim in your grievance? CRUEL AND UNUSUAL TREATMENT with MEDICAL INDIFFERENCE WITH VIOLATION OF ACCESS TO THE COURTS with discrimanation and issues of not being allowed to have Catholic Services at Ware State Prison. Attempted bodily harm by an officer(s).

3. What was the result, if any? The normal procedure of the PLRA requirement of having to follow grievance protacall ends up with Denicle on 99.9% of all Grievances Filed in Georgia Department Of Grievances, even if the evidence shown is overwelming....

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.) Appeal all deniles by Warden even when he states the Warden, Jeff Coleman did not see that pacific issue which he has stated that issue a number of times in regards to Administration issues of Emergency Grievances. "I follow all procedures of request for answers before I have to file a grievance to receive any results to filing a grievance."

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Augusta Medical Prison, Augusta University et al.
   Defendant(s) Wardens, Perry, Edward Philbin, Deal, and Coleman.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court, Middle Dist. Of Georgia MACON DIVISION.

3. Docket or index number
   5:19-CV-54-MTT-CHW/MSH -Was 5:17-CV-TES-CHW/MSH

4. Name of Judge assigned to your case
   Magistrate Judge Charles H. Weigle replaced with Judge Stephen Hyles.

5. Approximate date of filing lawsuit
   May 1st, 2017 in the U.S. Dist. Court, Middle D.st. Of Ga. Macon Division

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Case on Aiken v. Grady Perry dismissed - wrong date and not allowed to proceed In Forma Pauperis. In hospital alot during filing Action. On Other Still Pending in Georgia, North Carolina, waiting on trial. UNITED STATES DIST. COURTS, MACON DIVISION / ASHVILLE DIVISION

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   Yes. Cases are listed above and in Brief In Support.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Sheriff Hall/Now Jay Junior Aiken
   Defendant(s) Hall and Linda Lee

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court For The Western Dist of North Carolina.

3. Docket or index number
   1:17-CV-97-FDW also listed on Lexis Nexis Aiken v. Hall.

4. Name of Judge assigned to your case
   Frank D. Whitney, Chief U.S. Dist Judge for N.C.

5. Approximate date of filing lawsuit
   April 03, 2017 from Ga. Dianostic & Class. Prison

6. Is the case still pending?
   ☒ Yes
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Case still pending ~ Mr. Aiken is in the Discovery phase of [t]his 42 USC §1983 Civil Action. . . .. Just Filed First Interrgatories and ask for Court Order to Demand information "Medical" on Petitioner Mr. Jay Junior Aiken +~

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-28-2019

Signature of Plaintiff: Mr. Jay Junior Aiken Jr. / by Junior Aiken
Printed Name of Plaintiff:
Prison Identification #: 481292
Prison Address: 3620 Harris Road
Waycross, Georgia 31503
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____

