# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| JAY JUNIOR AIKEN, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:19-cv-57 |
| v. | * |
| WARDEN JEFF COLEMAN, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Preliminary Injunction and a Temporary Restraining Order. Plaintiff's Complaint remains pending at this time.

**SO ORDERED**, this __2__ day of __March__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)